**RESNICK & LOUIS, P.C**
Athanasia Dalacas, Esq., Bar No. 9390
adalacas@rlattorneys.com
8925 W. Russell Road, Suite 220
Las Vegas, NV  89148
Telephone: (702) 997-3800
Facsimile:  (702) 997-3800
*Attorneys for Defendant New York Marine and General Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| LAS VEGAS 360, LLC<br><br>Plaintiff,<br>v.<br><br>NEW YORK MARINE AND GENERAL INSURANCE COMPANY., et al.,<br><br>Defendants. | Case No. 2:18-cv-01333-JAD-EJY<br><br>**STIPULATION AND ORDER TO STAY SCHEDULING ORDER DEADLINES (FIRST REQUEST)** |

DEFENDANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY and PLAINITFF LAS VEGAS 360, by and through counsel undersigned, respectfully submit the following stipulation requesting a sixty (60) day stay of all case deadlines in order to allow for continued settlement efforts and a formal mediation with an agreed upon Mediator.

**I.   INTRODUCTION.**

This case is a dispute arising out of allegations of bad faith in the adjustment of certain property claims. On December 12, 2018, the Early Case Conference was held with all parties present. The Joint Case Conference Report was filed on January 10, 2019, permitting the parties to begin discovery.  A discovery plan and scheduling order was entered on May 22, 2019.  On September 17, 2019, a Stipulation and Order to Extend Certain Scheduling Order Deadlines (First Request) was entered.

1

## II. DISCOVERY STATUS.

Pursuant to the September 17, 2019 Stipulation and Order to Extend Certain Scheduling Order Deadlines (First Request), the following deadlines are in effect:

| Event | Current Date |
|---|---|
| Discovery Cutoff | **January 20, 2019** |
| Initial Expert Disclosures | **November 18, 2019** |
| Last Day to File Interim Status Report | **November 18, 2019** |
| Rebuttal Expert Disclosures | **December 18, 2019** |
| Last Day to File Dispositive Motions | **February 18, 2019** |
| Last Day to File Pretrial Order | **March 20, 2020** |

## III. DISCOVERY THAT HAS BEEN COMPLETED.

1. Defendant served its Initial Rule 26(A)(1) Disclosure Statement on July 1, 2019;

2. Defendant served Interrogatories and Requests for Production of Documents upon Plaintiff on July 12, 2019;

3. Plaintiff severed its Initial Rule 26(A)(1) Disclosure Statement on August 14, 2019; and

4. Plaintiff served its answers to the interrogatories on September 10, 2019 and Defendant has still not yet served any answers to Plaintiff's Requests for Production of Documents;

## IV. DISCOVERY THAT REMAINS.

Defendant anticipates that at least eight (8) fact witness depositions will likely be necessary and expert witness depositions may also be necessary. Defendant also believes that additional written discovery must be conducted with respect to Plaintiff's Amended Complaint, information provided by Plaintiff in its initial disclosure and Plaintiff's recent answers to written discovery.

## V. REASON WHY STAY IS REQUESTED

The parties are presently engaging in settlement discussions and believe it would be beneficial to the resolution efforts to stay the pending case deadlines, including expert discovery,

in order to focus all resources and efforts on settlement discussions. The parties have agreed to participate in formal Mediation with a mutually approved Mediator. Because the deadlines in this matter are very close in time, however, a stay of the any the deadlines will have a material impact on the operative schedule. As such, the parties acknowledge that all deadlines will need to be extended by the same amount of time as the requested stay.

### VI. PROPOSED SCHEDULE.

No trial date or other hearings are currently set for this matter and extension of these deadlines will not disturb the Court's calendar. This is the parties' first request for a stay of the deadlines. However, due to the proximity of the case deadlines, the requested stay would effectively cause an extension of the case deadlines. Good cause exists for this stay and all parties have agreed to it.

| **Event** | **Current Date** | **New Date Due to The Effect of The Stay** |
|---|---|---|
| Discovery Cutoff | **January 20, 2019** | **March 20, 2020** |
| Initial Expert Disclosures | **November 18, 2019** | **January 21, 2020** |
| Last Day to File Interim Status Report | **November 18, 2019** | **January 21, 2020** |
| Rebuttal Expert Disclosures | **December 18, 2019** | **February 21, 2020** |
| Last Day to File Dispositive Motions | **February 18, 2019** | **April 20, 2020** |
| Last Day to File Pretrial Order | **March 20, 2020** | **May 18, 2020** |

DATED this 13th day of November, 2019.

**RESNICK & LOUIS, P.C.**

By: */s/ Athanasia Dalacas*
    ATHANASIA DALACAS, ESQ.
    Nevada Bar No. 9390
    8925 W. Russell Road, Suite 220
    Las Vegas, NV  89148
    *Attorneys for Defendant New York*
    *Marine and General Insurance Company*

-and-

**COHEN|JOHNSON|PARKER|EDWARDS**
*(with permission)*

By: */s/James L. Edwards, Esq.*
    JAMES L. EDWARDS, ESQ.
    Nevada Bar No. 04256
    375 E. Warm Springs Road, Suite 104
    Las Vegas, Nevada 89119
    *Attorneys for Plaintiff*

## ORDER

Upon stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that all current case dates in this matter be extended. The following new scheduling order dates shall apply:

| Event | Date |
|---|---|
| Discovery Cutoff | **March 20, 2020** |
| Initial Expert Disclosures | **January 21, 2020** |
| Last Day to File Interim Status Report | **January 21, 2020** |
| Rebuttal Expert Disclosures | **February 21, 2020** |
| Last Day to File Dispositive Motions | **April 20, 2020** |
| Last Day to File Pretrial Order | **May 18, 2020** |

**IT IS SO ORDERED.**

November 18, 2019
DATED                                 UNITED STATES MAGISTRATE JUDGE